UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JENNY DELORES SEWELL and HMC,

        Plaintiffs,         Case Number 10-12520
                                                 Honorable David M. Lawson

v.

COMMISSIONER OF SOCIAL SECURITY,

        Defendant.
_____/

## ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION, DENYING DEFENDANT'S MOTION FOR SUMMARY JUDGMENT, GRANTING PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT, AND REMANDING CASE TO COMMISSIONER FOR FURTHER CONSIDERATION

Presently before the Court is the report issued on July 20, 2011 by Magistrate Judge Michael Hluchaniuk pursuant to 28 U.S.C. § 636(b), recommending that this Court deny the defendant's motion for summary judgment, grant the plaintiff's motion for summary judgment, reverse the findings of the Commissioner, and remand the case. Although the Magistrate Judge's report explicitly stated that the parties to this action may object to and seek review of the recommendation within fourteen days of service of the report, no objections have been filed thus far. The parties' failure to file objections to the Report and Recommendation waives any further right to appeal. *Smith v. Detroit Fed'n of Teachers Local 231*, 829 F.2d 1370, 1373 (6th Cir. 1987). Likewise, the failure to object to the Magistrate Judge's report releases the Court from its duty to independently review the matter. *Thomas v. Arn*, 474 U.S. 140, 149 (1985). However, the Court agrees with the findings and conclusions of the Magistrate Judge.

Accordingly, it is **ORDERED** that the Magistrate Judge's Report and Recommendation [dkt. # 13] is **ADOPTED**.

It is further **ORDERED** that the defendant's motion for summary judgment [dkt. #12] is **DENIED**.

It is further **ORDERED** that the plaintiffs' motion for summary judgment [[dkt. #11] is **GRANTED**.

It is further **ORDERED** that the findings of the Commissioner are **REVERSED** and the case is **REMANDED** to the Commissioner for further consideration.

                                             s/David M. Lawson
                                             DAVID M. LAWSON
                                             United States District Judge

Dated: August 12, 2011

---

**PROOF OF SERVICE**

The undersigned certifies that a copy of the foregoing order was served upon each attorney or party of record herein by electronic means or first class U.S. mail on August 12, 2011.

                               s/Deborah R. Tofil
                               DEBORAH R. TOFIL